**W. H. BURKE, Collector of Internal Revenue, v. Bessie BURTON.**

No. 2455.

Circuit Court of Appeals, Tenth Circuit.

June 5, 1942.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Summerfield S. Alexander, U. S. Atty., of Topeka, Kan., for appellant.

Branine, Branine & Ice, of Newton, Kan., for appellee.

Before PHILLIPS and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties.

**Stella C. BYERS, Executrix of Estate of William Charles Byers, Deceased, Appellant, v. George H. MAYNE et al.**

No. 12266.

Circuit Court of Appeals, Eighth Circuit.

June 17, 1942.

R. Brown, of Creston, Iowa, for appellant.

Don H. Jackson, Harry L. Cherniss, and George H. Mayne, all of Council Bluffs, Iowa, for appellees.

PER CURIAM.

Appeal from United States District Court dismissed at costs of appellant but without taxation of any costs in favor of appellees, on motion of appellant.

**George CAPLENER et al., Appellants, v. Robert H. ROMUNDER, et al.**

No. 12328.

Circuit Court of Appeals, Eighth Circuit.

June 15, 1942.

Herman E. McKaskle, of Little Rock, Ark., for appellants.

Daggett & Daggett, of Marianna, Ark., for appellees.

PER CURIAM.

Appeal from United States District Court docketed and dismissed with costs for want of prosecution, on motion of appellee.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner and Respondent, v. CALIFORNIA BREWING ASSOCIATION, Respondent and Petitioner.**

**SAME v. ACME BREWERIES, Respondent and Petitioner.**

No. 10160.

Circuit Court of Appeals, Ninth Circuit.

June 15, 1942.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner, Commissioner.

Norman A. Eisner, of San Francisco, Cal., for taxpayers.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered petitions to review herein dismissed, that a judgment be filed and entered accordingly and that the mandate of this court in this cause issue forthwith.